UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                        Case No. 2002-3265
                        Filed: May 28, 2002

| | |
|---|---|
| FLAP 2001, INC. | Mark Pfeiffer, Esq. |
| | 1900 Two Penn Center Plaza |
| v. | Philadelphia, Pa. 19102 |
| | |
| KAMIKAZE KIDS ENTERPRISES | Jeffrey A. Bennett, Esq. |
| | 975 Easton Rd. |
| | Warrington, Pa. 18976 |

## NOTICE OF PRETRIAL CONFERENCE

Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his Chambers on **Tuesday, July 30, 2002 at 3:15 p.m**.

The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone. Our office is equipped to initiate such conference calls. If this case involves more than two attorneys, you may initiate the call. Chamber's phone number is 215-597-7847.

This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

                        For the Court,

                        _____
                        Michael Finney, Deputy
                        Clerk to Judge Newcomer
                        267-299-7509

Copies mailed to the above counsel.
July 17, 2002