Case No. 02-3265  
                                                                                      Filed    5/28/02

| | |
|---|---|
| FLAP 2001, INC., ET AL | MARK PFEIFFER, ESQUIRE |
| V. | |
| KAMIKAZE KIDS ENTERPRISES, INC. | JEFFREY A. BENNETT, ESQ. |

Jury __X___  Non-Jury ___

**O R D E R**

Following the conference, the following is hereby ORDERED:

1. Discovery completion date                                           10/15/02
2. Exchange of expert reports
3. Responses to expert reports
4. Dispositive motions due                                              9/30/02
5. Response to dispositivel motions due                   10/10/02
6. Settlement/Final Pretrial Conference                  10/29/02, 11:15 A.M.
7. Pretrial memoranda, proposed findings of fact and
    conclusions of law or joint proposed jury instructions     10/25/02
8. Counsel shall be prepared for trial                          10/29/02
9. All provisions of attached procedures shall be observed.

Date:    July 31, 2002                                           AND IT IS SO ORDERED.  
                                                                                 Clarence C. Newcomer, J.

                                                                                 by Susan Z. Quigley, Secretary  
                                                                                 to Judge Newcomer

Copies mailed to above counsel.