```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLAP 2001, INC. t/a/d/b/a
FLAPDOODLES,                       :     CIVIL NUMBER
                                   :
        Plaintiffs,                :
                                   :
        v.                         :
                                   :
KAMIKAZE KIDS ENTERPRISES, INC.    :
        and                        :
KAMIKAZE KIDS, INC.,               :     02-3265
                                   :
        Defendants.                :
```

## **O R D E R**

AND NOW, this    day of October, 2002, it is hereby ORDERED that the final pretrial conference in this matter will be held on December 9, 2002, at 2:00 PM.  The trial of this matter will follow forthwith.

AND IT IS SO ORDERED

_____
Clarence C. Newcomer, S.J.