**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FLAP 2001, INC. t/a/d/b/a | : | |
| FLAPDOODLES, | : | CIVIL ACTION |
|      Plaintiff, | : | |
| | : | |
|      v. | : | |
| | : | |
| KAMIKAZE KIDS ENTERPRISES, | : | |
| INC. | : | |
| | : | |
|      AND | : | |
| | : | NO. 02-3265 |
| KAMIKAZE KIDS, INC. | : | |
|      Defendants | : | |

**O R D E R**

      AND NOW, this    day of October, 2002, upon consideration of Plaintiff's Motion to Produce Witnesses for Deposition (Doc. 14) said motion is DENIED without PREJUDICE. Said motion does not comply with Local Rule of Civil Procedure 7.1(c) in that it does not contain "a brief containing a concise statement of the legal contentions and authorities relied upon in support of the motion."  E.D.Pa.R. 7.1(c)(2002).

      AND IT IS SO ORDERED.

_____

Clarence C. Newcomer, S.J.