```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FLAP 2001, INC.                      :         CIVIL ACTION
                                     :
            v.                       :
                                     :
KAMIKAZE KIDS ENTERPRISES, INC.      :         NO. 2002-3265

### **O R D E R**

AND NOW, this    day of December, 2002, it is Ordered that a final pretrial conference will be held on Monday, December 9, 2002 at 2:00 p.m. in Judge Newcomer's chambers. Following the conference, council will pick a jury and commence trial in Courtroom 13-B, 13th floor.

ATTEST:                               or      BY THE COURT

BY:_____      _____
   Michael Finney                     Judge
   Deputy Clerk to
   Judge Newcomer

Civ 12 (9/83)