IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLAP 2001, INC. t/a/d/b/a FLAPDOODLES, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> KAMIKAZE KIDS ENTERPRISES, INC. : <br> : <br> AND : <br> : <br> KAMIKAZE KIDS, INC. : <br> Defendants : | CIVIL ACTION <br><br><br><br><br><br> NO. 02-3265 |

**O R D E R**

AND NOW, this     day of December, 2002, upon consideration of Plaintiff's Motion for Default Judgment, and finding that Defendant Kamikaze Kids, Inc., has failed to plead or otherwise defend, and that default has been entered against Defendant Kamikaze Kids, Inc., said motion is GRANTED.  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, judgment is entered in favor of the Plaintiff and against Defendant Kamikaze Kids, Inc., in the amount of $174,712.94.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.