IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLAP 2001, INC.

                                      C.A. #02-3265
                                      District Court Docket Number

        vs.

KAMIKAZE KIDS ENTERPRISES, INC., ET AL

Notice of Appeal Filed <u>12/18/02</u>
Court Reporter(s)/ESR Operator(s)      <u>Suzanne White</u>

Filing Fee:
    Notice of Appeal  __Paid  _X_ Not Paid   __Seaman
    Docket Fee        __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                              Defendant's Address (for criminal appeals)

                              Prepared by :_____
                                              Kim Williams
                                     Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm