**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FLAP 2001, INC., : | |
| t/a/d/b/a FLAPDOODLES, : | |
|     *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| KAMIKAZE KIDS ENTERPRISES, : | No. 02-CV-3265 |
| INC., : | |
|     *Defendant and* : | |
|     *Cross-Claim Plaintiff*, : | |
| : | |
| and : | |
| KAMIKAZE KIDS, INC, : | |
|     *Defendant and* : | |
|     *Cross-Claim Defendant*, : | |
| and : | |
| SUZANNE KRUPNICK, : | |
|     *Cross-Claim Defendant* : | |
| and : | |
| BABETTE SNYDER, : | |
|     *Cross-Claim Defendant*. : | |

*NOTICE OF DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE*

Kamikaze Kids Enterprises, Inc., Defendant and Cross-Claim Plaintiff in the above referenced action, by and through its undersigned counsel, hereby dismisses with prejudice its Cross-Claims against Kamikaze Kids, Inc., Babette Snyder and Suzanne Krupnick as filed and as could have been filed in the above referenced action.

_____
Joseph J. Saraco, Esquire
Attorney for Kamikaze Kids Enterprises, Inc.
Defendant/Cross-Claim Plaintiff

## CERTIFICATE OF SERVICE

       I, Joseph J. Saraco, hereby certify that I caused a true and correct copy of the foregoing Notice of Dismissal of Cross-Claims with Prejudice to be served by first class mail, postage prepared, this _____ day of April, 2003, upon the following:

Bruce L. Thall, Esquire
Spector Gadon & Rosen, PC
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Mark Pfeiffer, Esquire
Adelmann Levine
1900 Two Penn Center
Philadelphia, PA  19102

                                            _____
                                            Joseph Saraco