IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Flap 2001, Inc. t/a/d/b/a Flapdoodles : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3265 |
| v. : | |
| Kamikaze Kids Enterprises, Inc. : | |
| Defendant. : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Plaintiff's Motion to Strike and/or Disallow Defendant Kamikaze Kids Enterprises, Inc.'s Purported Claims of Exemption from Garnishment, and after any response thereto, said Motion is GRANTED and the claims of exemption filed by Kamikaze Kids Enterprises, Inc. on January 27, 2003 and January 30, 2003 are disallowed and stricken in their entirety and Plaintiff may move for the entry of judgment as to ... .

BY THE COURT:

_____
Honorable Clarence C. Newcomer