## ADELMAN LAVINE GOLD AND LEVIN

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

LEWIS H. GOLD
ROBERT H. LEVIN
GARY M. SCHILDHORN
BARRY D. KLEBAN
GARY D. BRESSLER
STEVEN D. USDIN
RAYMOND H. LEMISCH
LEON R. BARSON
ALAN I. MOLDOFF
KATHLEEN E. TORBIT
WILLIAM R. HINCHMAN
VICTORIA ENDRISS SHISLER
ROBERT J. LENAHAN
BRADFORD J. SANDLER
MARK PFEIFFER
D. ANDREW BERTORELLI, JR.
JENNIFER R. HOOVER

SUITE 1900
TWO PENN CENTER PLAZA
PHILADELPHIA, PA 19102-1799
(215) 568-7515

FACSIMILE (215) 557-7922
E-MAIL: lawyers@adelmanlaw.com

**Flap 2001, Inc. v. Kamikaze Kids**
**No. 02-CV-3265**
**Praecipe for Entry of Judgment Against Garnishee**
**on admission**
**Filed on July 3, 2003**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Flap 2001, Inc. t/a/d/b/a Flapdoodles

    Plaintiff,

v.

Kamikaze Kids Enterprises, Inc.

 and

Kamikaze Kids, Inc.

    Defendants.

CIVIL ACTION

NO.: 02-CV-3265

FILED
JUL 3 2003
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

TO THE CLERK:

## PRAECIPE FOR ENTRY OF JUDGMENT AGAINST GARNISHEE UPON ADMISSION

Please enter judgment in favor of the Plaintiff, Flap 2001, Inc. t/a/d/b/a Flapdoodles, and against garnishee, Manufacturers and Traders Trust Company, in the amount of $3,131.67, admitted in the garnishee's amended answer to Plaintiff's interrogatories as property of Defendant to be in the garnishee's possession, together with interest and costs. The amount of the judgment of the Plaintiff against Defendant Kamikaze Kids Enterprises, Inc. is $167,025.29 plus interest and costs.

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN
A Professional Organization

By: _____ 7-3-03
Leon R. Barson, Esquire
Mark Pfeiffer, Esquire
1900 Two Penn Center Plaza
Philadelphia, PA 19102-1799
(215) 568-7515
Attorneys for Plaintiff

215
551
7422