IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Flap 2001, Inc. t/a/d/b/a Flapdoodles,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Kamikaze Kids Enterprises, Inc.<br><br>　　　　　and<br><br>Kamikaze Kids, Inc.<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO.: 02-CV-3265 |

**TO THE CLERK:**

**PRAECIPE TO SATISFY JUDGEMENT AGAINST GARNISHEE**

　　Please mark the judgment entered on May 30, 2003 in favor of the Plaintiff, Flap 2001, Inc. t/a/d/b/a Flapdoodles, and against garnishee, Manufacturers and Traders Trust Company, in the amount of $49,269.76 as satisfied. This request relates **only** to the judgment found at docket entry number 43. Do **not** satisfy the judgment against any other party.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　ADELMAN LAVINE GOLD AND LEVIN
　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　By: ___s/Mark Pfeiffer_____
　　　　　　　　　　　　　　　　　Leon R. Barson, Esquire
　　　　　　　　　　　　　　　　　Mark Pfeiffer, Esquire
　　　　　　　　　　　　　　　　　1900 Two Penn Center Plaza
　　　　　　　　　　　　　　　　　Philadelphia, PA  19102-1799
　　　　　　　　　　　　　　　　　(215) 568-7515
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff