**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Flap 2001, Inc. t/a/d/b/a Flapdoodles | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3265 |
| v. | : | |
| Kamikaze Kids Enterprises, Inc. | : | |
| and | : | |
| Kamikaze Kids, Inc. | : | |
| Defendants. | : | |

**TO THE CLERK:**

**PRAECIPE TO SATISFY JUDGMENT AGAINST GARNISHEE**

Please mark the judgment entered on July 3, 2003 in favor of the Plaintiff, Flap 2001, Inc. t/a/d/b/a Flapdoodles, and against garnishee, Manufacturers and Traders Trust Company, in the amount of $3,131.67 as satisfied. This request relates **only** to the judgment found at docket entry number 44. Do **not** satisfy the judgment against any other party.

        Respectfully submitted,

        ADELMAN LAVINE GOLD AND LEVIN
        A Professional Corporation


        By:    s/Mark Pfeiffer
            Leon R. Barson, Esquire
            Mark Pfeiffer, Esquire
            1900 Two Penn Center Plaza
            Philadelphia, PA  19102-1799
            (215) 568-7515
            Attorneys for Plaintiff