IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Flap 2001, Inc. t/a/d/b/a Flapdoodles | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3265 |
| v. | : | |
| | : | |
| Kamikaze Kids Enterprises, Inc. | : | |
| | : | |
| and | : | |
| | : | |
| Kamikaze Kids, Inc. | : | |
| Defendants. | : | |
| | : | |

**TO THE CLERK:**

**PRAECIPE TO REDUCE AND RESTATE JUDGMENT
AGAINST KAMIKAZE KIDS ENTERPRISES, INC.**

Kindly reduce and restate the judgment against Kamikaze Kids Enterprises, Inc. as follows:

| | |
|---|---|
| Original judgment entered on December 12, 2002 | $167,025.29[1] |
| Payment received through execution upon garnishee, Manufacturers & Traders Trust Company | $ 49,269.76 |
| Payment received through execution upon garnishee, Manufacturers & Traders Trust Company | $  3,131.67 |
| Restated Judgment | $114,623.90[2] |

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN
A Professional Corporation

By:   s/Mark Pfeiffer
   Leon R. Barson, Esquire
   Mark Pfeiffer, Esquire
   1900 Two Penn Center Plaza
   Philadelphia, PA  19102-1799
   (215) 568-7515
   Counsel for Plaintiff

---

[1] Plus costs and interest.
[2] Plus costs and interest.