## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Flap 2001, Inc. t/a/d/b/a Flapdoodles | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3265 |
| v. | : | |
| | : | |
| Kamikaze Kids Enterprises, Inc. | : | |
| | : | |
| and | : | |
| | : | |
| Kamikaze Kids, Inc. | : | |
| Defendants. | : | |
| | : | |

**TO THE CLERK:**

### PRAECIPE TO SATISFY JUDGMENT
### AGAINST KAMIKAZE KIDS ENTERPRISES, INC.

Kindly mark the judgment against Kamikaze Kids Enterprises, Inc. as satisfied.

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN
A Professional Corporation

By:   s/Mark Pfeiffer
    Leon R. Barson, Esquire
    Mark Pfeiffer, Esquire
    Suite 900
    Four Penn Center
    Philadelphia, PA  19103
    (215) 568-7515
    Counsel for Plaintiff